# Court of Appeals
# of the State of Georgia

ATLANTA,  August 10, 2026

*The Court of Appeals hereby passes the following order:*

**A27E0009. JOHN WOODS v. RESIDENCES AT WESTVIEW, LLC.**

Upon consideration of the Rule 40(b) Emergency Motion to Stay Enforcement Pending Transmission of the Appellate Record filed in this Court on August 7, 2026, that Motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/10/2026*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*